**B1 (Official Form 1) (4/10)**

| United States Bankruptcy Court<br>Eastern District of Michigan | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Lamontagne, William Scott** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Lamontagne, Diane Marie** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**William S. Lamontagne**<br>**Bill Lamontagne** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Diane M Lamontagne** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **0410** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5828** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**16181 Mott Drive**<br>**Macomb, MI**<br>ZIPCODE **48044-5650** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**16181 Mott Drive**<br>**Macomb, MI**<br>ZIPCODE **48044-5650** |
| County of Residence or of the Principal Place of Business:<br>**Macomb** | County of Residence or of the Principal Place of Business:<br>**Macomb** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check **one** box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☑ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box.)<br>☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."   ☐ Debts are primarily business debts. |

| **Filing Fee** (Check one box)<br>☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>**Check one box:**<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| **Statistical/Administrative Information**<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Lamontagne, William Scott & Lamontagne, Diane Marie** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X */s/ Jessica M. Lane*                          8/03/10<br>Signature of Attorney for Debtor(s)                Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Lamontagne, William Scott & Lamontagne, Diane Marie** |

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ William S. Lamontagne**
Signature of Debtor                    **William S. Lamontagne**

X **/s/ Diane Marie Lamontagne**
Signature of Joint Debtor            **Diane Marie Lamontagne**

Telephone Number (If not represented by attorney)

**August 3, 2010**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Jessica M. Lane**
Signature of Attorney for Debtor(s)

**Jessica M. Lane P66899**
**Attorney at Law**
**43805 Van Dyke Ave.**
**Sterling Heights, MI 48314**
**(586) 247-7702  Fax: (586) 247-7705**
**jessica@lanelaw.biz**

**August 3, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie** _____ Case No. _____

<div align="center">Debtor(s)</div> (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residence located at 16181 Mott Drive, Macomb, MI 48044. 2010 SEV = 120,180.** | **Tenancy by the Entirety** | J | **225,000.00** | **285,452.88** |
| | | | | |
| | | TOTAL | **225,000.00** | |

<div align="right">(Report also on Summary of Schedules)</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** **Lamontagne, William Scott & Lamontagne, Diane Marie**     Case No. _____

<center>Debtor(s)</center>           (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Michigan Catholic Credit Union savings account | H | 7.00 |
| | | PNC Bank checking & savings accounts | W | 10.00 |
| | | PNC Bank checking account | H | 230.00 |
| | | PNC Bank checking account for Debtor Husband's Heating & Cooling d/b/a | H | 2,712.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | Household furniture & furnishings, no single asset exceeds $550.00 in value | J | 12,000.00 |
| | | Pool Table | J | 800.00 |
| | | Two household computers | J | 400.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Debtors & Debtors' minor children's clothing | J | 4,000.00 |
| 7. Furs and jewelry. | | Wedding rings | J | 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Browning shotgun | H | 200.00 |
| | | Miscellaneous sports & exercise equipment, no single asset $550.00 | J | 1,000.00 |
| | | Remington 7400 Rifle | H | 600.00 |
| | | Smith & Wesson handgun | H | 400.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie** _____ Case No. _____
_____
 Debtor(s)                                                                 (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Titanium Building Company for complete Heating & Cooling work** | H | 3,711.00 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Estimated, accrued 2010 income tax refunds** | J | 100.00 |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Harley Davison motorcycle** | H | 13,000.00 |
| | | **Personal riding lawn mower** | W | 500.00 |
| 26. Boats, motors, and accessories. | | **2003 GMC Yukon** | H | 11,000.00 |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**  Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Husband's Heating & Cooling work tools** | H | 3,000.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | | **Two family dogs** | J | 1.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **55,671.00** |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____ **0** continuation sheets attached

IN RE **Lamontagne, William Scott** _____ Case No. _____
                    Debtor(s)                                                                    (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Michigan Catholic Credit Union savings account** | **11 USC § 522(d)(5)** | 7.00 | 7.00 |
| **PNC Bank checking account** | **11 USC § 522(d)(5)** | 230.00 | 230.00 |
| **PNC Bank checking account for Debtor Husband's Heating & Cooling d/b/a** | **11 USC § 522(d)(5)** | 2,712.00 | 2,712.00 |
| **Household furniture & furnishings, no single asset exceeds $550.00 in value** | **11 USC § 522(d)(3)** | 6,000.00 | 12,000.00 |
| **Pool Table** | **11 USC § 522(d)(5)** | 400.00 | 800.00 |
| **Two household computers** | **11 USC § 522(d)(5)** | 200.00 | 400.00 |
| **Debtors & Debtors' minor children's clothing** | **11 USC § 522(d)(3)** | 2,000.00 | 4,000.00 |
| **Wedding rings** | **11 USC § 522(d)(4)** | 1,000.00 | 2,000.00 |
| **Browning shotgun** | **11 USC § 522(d)(3)** | 200.00 | 200.00 |
| **Miscellaneous sports & exercise equipment, no single asset $550.00** | **11 USC § 522(d)(3)** | 500.00 | 1,000.00 |
| **Remington 7400 Rifle** | **11 USC § 522(d)(5)** | 600.00 | 600.00 |
| **Smith & Wesson handgun** | **11 USC § 522(d)(3)** | 400.00 | 400.00 |
| **Titanium Building Company for complete Heating & Cooling work** | **11 USC § 522(d)(5)** | 3,711.00 | 3,711.00 |
| **Estimated, accrued 2010 income tax refunds** | **11 USC § 522(d)(5)** | 50.00 | 100.00 |
| **2006 Harley Davison motorcycle** | **11 USC § 522(d)(2)**<br>**11 USC § 522(d)(5)** | 3,450.00<br>2,066.57 | 13,000.00 |
| **Personal riding lawn mower** | **11 USC § 522(d)(2)** | 250.00 | 500.00 |
| **2003 GMC Yukon** | **11 USC § 522(d)(5)** | 203.01 | 11,000.00 |
| **Husband's Heating & Cooling work tools** | **11 USC § 522(d)(6)** | 3,000.00 | 3,000.00 |
| **Two family dogs** | **11 USC § 522(d)(3)** | 0.50 | 1.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, Diane Marie** _____ Case No. _____

Debtor(s)                           (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **PNC Bank checking & savings accounts** | **11 USC § 522(d)(5)** | 10.00 | 10.00 |
| **Household furniture & furnishings, no single asset exceeds $550.00 in value** | **11 USC § 522(d)(3)** | 6,000.00 | 12,000.00 |
| **Pool Table** | **11 USC § 522(d)(5)** | 400.00 | 800.00 |
| **Two household computers** | **11 USC § 522(d)(5)** | 200.00 | 400.00 |
| **Debtors & Debtors' minor children's clothing** | **11 USC § 522(d)(3)** | 2,000.00 | 4,000.00 |
| **Wedding rings** | **11 USC § 522(d)(4)** | 1,000.00 | 2,000.00 |
| **Miscellaneous sports & exercise equipment, no single asset $550.00** | **11 USC § 522(d)(3)** | 500.00 | 1,000.00 |
| **Estimated, accrued 2010 income tax refunds** | **11 USC § 522(d)(5)** | 50.00 | 100.00 |
| **Personal riding lawn mower** | **11 USC § 522(d)(2)** | 250.00 | 500.00 |
| **Two family dogs** | **11 USC § 522(d)(3)** | 0.50 | 1.00 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**IN RE** Lamontagne, William Scott & Lamontagne, Diane Marie          Case No. _____
_____
Debtor(s)                                                                                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7526** <br><br> **HSBC Retail Services** <br> **Art Van** <br> **P.O. Box 7680** <br> **Carol Stream, IL  60116-7680** | | H | **Furniture expense** <br><br><br> VALUE $ **12,000.00** | | | | 8,139.03 | |
| ACCOUNT NO. <br><br> **HSBC** <br> **Payment Processing Center** <br> **P.O. Box 5243** <br> **Carol Stream, IL  60197-9918** | | | **Assignee or other notification for:** <br> **HSBC Retail Services** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **1002** <br><br> **Michigan Catholic Credit Union** <br> **255 East Maple Road** <br> **Troy, MI  48083** | | H | **Loan obtained to purchase 2003 GMC Yukon** <br><br> VALUE $ **11,000.00** | | | | 10,796.99 | |
| ACCOUNT NO. **1001** <br><br> **Michigan Catholic Credit Union** <br> **255 East Maple Road** <br> **Troy, MI  48083** | | H | **Loan obtained to purchase 2006 Harley Davison motorcycle** <br><br> VALUE $ **13,000.00** | | | | 7,483.43 | |

_____**1**_____ continuation sheets attached

Subtotal <br> (Total of this page)     $ **26,419.45**     $

Total <br> (Use only on last page)     $          $

(Report also on Summary of Schedules.)     (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Lamontagne, William Scott & Lamontagne, Diane Marie _____   Case No. _____
<div align="center">Debtor(s)                                                                                          (If known)</div>

<div align="center">

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

### (Continuation Sheet)

</div>

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0330**<br>**Washington Mutual**<br>**P.O. Box 78065**<br>**Phoenix, AZ  85062-8065** | | **J** | **Home equity loan secured by Debtors' residence located at 16181 Mott Drive, Macomb, MI 48044.**<br><br>VALUE $ **225,000.00** | | | | **49,791.75** | **49,791.75** |
| ACCOUNT NO.<br>**GC Services Limited Partnership**<br>**Collection Agency Division**<br>**6330 Gulfton**<br>**Houston, TX  77081** | | | **Assignee or other notification for: Washington Mutual**<br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br>**Professional Recovery Services Inc.**<br>**P.O. Box 1880**<br>**Voorhees, NJ  08043** | | | **Assignee or other notification for: Washington Mutual**<br><br>VALUE $ | | | | | |
| ACCOUNT NO. **7018**<br>**Wells Fargo Home Mortgage**<br>**P.O. Box 6423**<br>**Carol Stream, IL  60197-6423** | | **J** | **Loan obtained to refinance loan secured by Debtors' residence located at 16181 Mott Drive, Macomb, MI 48044.**<br><br>VALUE $ **225,000.00** | | | | **235,661.13** | **10,661.13** |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |
| ACCOUNT NO.<br><br><br> | | | <br><br>VALUE $ | | | | | |

Sheet no. ____**1**____ of ____**1**____ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

<div align="right">

Subtotal  (Total of this page)  $ **285,452.88**  $ **60,452.88**

Total  (Use only on last page)  $ **311,872.33**  $ **60,452.88**

(Report also on Summary of Schedules.)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**     Case No. _____

<div style="text-align:center">Debtor(s)            (If known)</div>

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**1**_____ continuation sheets attached

<div style="writing-mode:vertical-rl">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**　　Case No. _____
　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units

(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0410** <br><br>**State Of Michigan** <br>**DELEG - Unemployment Agency** <br>**P.O. Box 9045** <br>**Detroit, MI  48202-9045** | | H | **Disputed overpayment of unemployment payments** | | | X | **362.00** | **362.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___**1**___ of ___**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Totals of this page) | $ **362.00** | $ **362.00** | $ |
|---|---|---|---|---|
|  | Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ **362.00** | | |
|  | Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ **362.00** | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Lamontagne, William Scott & Lamontagne, Diane Marie     Case No. _____
                         Debtor(s)                                                       (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **211O** <br><br> **Beaumont Hospital - Grosse Pointe** <br> **P.O. Box 5042** <br> **Troy, MI 48007-5042** | | H | Medical expense | | | | **34.63** |
| ACCOUNT NO. **2002** <br><br> **Beaumont Hospitals** <br> **Business Center** <br> **750 Stephenson Highway, P.O. Box 5042** <br> **Troy, MI 48007-5042** | | H | Medical expense | | | | **118.00** |
| ACCOUNT NO. **9153** <br><br> **Beaumont Reference Laboratory** <br> **P.O. Box 5043** <br> **Troy, MI 48007-5043** | | W | Medical expense | | | | **69.16** |
| ACCOUNT NO. **2875** <br><br> **Beaumont Reference Laboratory** <br> **P.O. Box 5043** <br> **Troy, MI 48007-5043** | | W | Medical expense | | | | **6.88** |

      **9** continuation sheets attached

Subtotal (Total of this page) $ **228.67**

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie** _____ Case No. _____
                              Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2768**<br>**Beaumont Reference Laboratory**<br>**P.O. Box 5043**<br>**Troy, MI 48007-5043** | | J | **Medical expense for minor daughter** | | | | **13.27** |
| ACCOUNT NO. **2977**<br>**Beaumont Reference Laboratory**<br>**P.O. Box 5043**<br>**Troy, MI 48007-5043** | | W | **Medical expense** | | | | **15.88** |
| ACCOUNT NO. **4903**<br>**Charter One Bank**<br>**One Citizens Plaza**<br>**Providence, RI 02903** | | H | **Overdraft expense for Charter One checking & savings account that was closed ~ Jan/Feb, 2009.** | | | | **289.10** |
| ACCOUNT NO.<br>**BYL Collection Services, LLC**<br>**301 Lacey Street**<br>**West Chester, PA 19382** | | | **Assignee or other notification for:**<br>**Charter One Bank** | | | | |
| ACCOUNT NO.<br>**Charter One Bank**<br>**DDA Recovery RJE245**<br>**P.O. Box 42023**<br>**Providence, RI 02940** | | | **Assignee or other notification for:**<br>**Charter One Bank** | | | | |
| ACCOUNT NO.<br>**Delta Management Associates Inc.**<br>**100 Everett Avenue, Ste. 6**<br>**P.O. Box 9191**<br>**Chelsea, MA 02150** | | | **Assignee or other notification for:**<br>**Charter One Bank** | | | | |
| ACCOUNT NO. **2292**<br>**Chrysler Financial**<br>**P.O. Box 9001921**<br>**Louisville, KY 40290-1921** | | H | **Deficiency after repossession & sale of 2007 Chrysler Mini Van in April, 2009.** | | | | **6,223.50** |

Sheet no. _____**1**_____ of _____**9**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **6,541.75**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**    Case No. _____
_____
Debtor(s)                                                                  (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Asset Acquisition Group, LLC**<br>**P.O. Box 370470**<br>**Denver, CO  80237-0470** | | | **Assignee or other notification for:**<br>**Chrysler Financial** | | | | |
| ACCOUNT NO.<br>**Focus Receivables Management**<br>**1130 Northchase Parkway, Ste. 150**<br>**Marietta, GA  30067** | | | **Assignee or other notification for:**<br>**Chrysler Financial** | | | | |
| ACCOUNT NO. **0870**<br>**City Of Fraser**<br>**P.O. Box 2122**<br>**Riverview, MI  48193-1122** | | W | **Medical expense** | | | | **80.86** |
| ACCOUNT NO. **9768**<br>**Comcast**<br>**1500 Market St., Floor 33e**<br>**Philadelphia, PA  19102-4782** | | H | **Disputed cable television expense** | | | X | **144.48** |
| ACCOUNT NO.<br>**Credit Protection Association LP**<br>**P.O. Box 802068**<br>**Dallas, TX  75380-2068** | | | **Assignee or other notification for:**<br>**Comcast** | | | | |
| ACCOUNT NO. **0051**<br>**Complete Fitness Rehabilitation**<br>**2075 West Big Beaver, Ste. 601**<br>**Troy, MI  48084** | | J | **Medical expense for minor daughter** | | | | **171.50** |
| ACCOUNT NO. **4871**<br>**Discover Card**<br>**P.O. Box 6103**<br>**Carol Stream, IL  60197-6103** | | H | **Closed account that was used for miscellaneous expenses.  Collection lawsuit pending in the 41A Judicial District Court, Shelby Twp., Case No. US10-24703-GC.** | | | | **16,574.27** |

Sheet no. ____**2**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $ **16,971.11**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)  $ 

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**  Case No. _____
_____
Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Buckles & Buckles, PLC**<br>**P.O. Box 1150**<br>**Birmingham, MI 48012** | | | **Assignee or other notification for:**<br>**Discover Card** | | | | |
| ACCOUNT NO. **4979**<br>**Eastpointe Radiologists PC**<br>**36175 Harper Ave.**<br>**Clinton Township, MI 48035** | | H | **Medical expense** | | | | **115.00** |
| ACCOUNT NO. **0571**<br>**Eastside Endoscopy Center**<br>**28963 Little Mack, #103**<br>**St. Clair Shores, MI 48081** | | H | **Medical expense** | | | | **401.63** |
| ACCOUNT NO. **1765**<br>**GI Medicine Associates PC**<br>**28963 Little Mack, #101**<br>**St. Clair Shores, MI 48081** | | H | **Medical expense** | | | | **947.28** |
| ACCOUNT NO.<br>**First Federal Credit Control, Inc.**<br>**24700 Chagrin Blvd., Ste. 205**<br>**Cleveland, OH 44122-5662** | | | **Assignee or other notification for:**<br>**GI Medicine Associates PC** | | | | |
| ACCOUNT NO. **6984**<br>**Grosse Pointe Anesthesiologists PC**<br>**P.O. Box 77124**<br>**Detroit, MI 48277** | | J | **Medical expense for minor daughter** | | | | **41.85** |
| ACCOUNT NO. **8055**<br>**Henry Ford Macomb Hospital**<br>**P.O. Box 223015**<br>**Pittsburgh, PA 15251-2015** | | J | **Medical expense for minor daughter** | | | | **100.00** |

Sheet no. ____**3**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,605.76**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**          Case No. _____
_____
                    Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9309**<br>**Henry Ford Macomb Hospital**<br>**P.O. Box 674144**<br>**Detroit, MI  48267-4144** | | J | Medical expense | | | | **797.89** |
| ACCOUNT NO. **6007**<br>**Home Depot Credit Services**<br>**Processing Center**<br>**Des Moines, IA  50364-0500** | | H | Closed account that was used for home improvement expenses. | | | | **7,426.11** |
| ACCOUNT NO.<br>**Citi**<br>**P.O. Box 653095**<br>**Dallas, TX  75265** | | | Assignee or other notification for:<br>Home Depot Credit Services | | | | |
| ACCOUNT NO.<br>**LTD Financial Services LP**<br>**7322 Southwest Freeway, Ste. 1600**<br>**Houston, TX  77074** | | | Assignee or other notification for:<br>Home Depot Credit Services | | | | |
| ACCOUNT NO. **2703**<br>**Lakepointe Radiology PC**<br>**P.O. Box 77000, D771336**<br>**Detroit, MI  48277-1336** | | H | Medical expense | | | | **8.61** |
| ACCOUNT NO. **8665**<br>**LG Barbe MD PC**<br>**25990 Kelly Rd., Ste. 1**<br>**Roseville, MI  48066** | | H | Medical expense | | | | **40.00** |
| ACCOUNT NO. **5811**<br>**Macomb Eye Care Specialists**<br>**37555 Garfield, Ste. 100**<br>**Clinton Twp., MI  48036** | | H | Medical expense | | | | **177.42** |

Sheet no. ____**4**____ of ____**9**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **8,450.03**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**

Debtor(s)

Case No. _____

(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Congress Collection Corp** <br> **24901 Northwestern Hwy, Ste. 300** <br> **Southfield, MI  48075** | | | Assignee or other notification for: <br> **Macomb Eye Care Specialists** | | | | |
| ACCOUNT NO. **8510** <br> **Macomb MRI** <br> **Kirkwood Professional Bldg.** <br> **42700 Schoenherr, Ste. 4** <br> **Sterling Heights, MI  48313** | | H | **Medical expense** | | | | 326.03 |
| ACCOUNT NO. **7640** <br> **Macomb Prompt Care** <br> **Macomb Beaumont Medical Center** <br> **43455 Schoenherr Rd., Ste. 19** <br> **Sterling Heights, MI  48313** | | H | **Medical expense** | | | | 136.53 |
| ACCOUNT NO. <br> **Client Financial Services** <br> **P.O. Box 7049** <br> **Flint, MI  48507-0049** | | | Assignee or other notification for: <br> **Macomb Prompt Care** | | | | |
| ACCOUNT NO. **1320** <br> **Macy's** <br> **P.O. Box 689195** <br> **Des Moines, IA  50368-9195** | | H | **Closed account that was used for clothing expenses.** | | | | 1,897.61 |
| ACCOUNT NO. <br> **Northland Group, Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN  55439** | | | Assignee or other notification for: <br> **Macy's** | | | | |
| ACCOUNT NO. **6620** <br> **Macy's** <br> **P.O. Box 689195** <br> **Des Moines, IA  50368-9195** | | W | **Closed account that was used for clothing expenses.** | | | | 1,892.85 |

Sheet no. **5** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **4,253.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**    Case No. _____
                                    Debtor(s)                         (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Northland Group, Inc.** <br> **P.O. Box 390846** <br> **Minneapolis, MN 55439** | | | Assignee or other notification for: <br> **Macy's** | | | | |
| ACCOUNT NO. **2965** <br> **Medstar Ambulance Service** <br> **380 N. Gratiot Ave.** <br> **Clinton Township, MI 48036** | | H | Medical expense | | | | **82.09** |
| ACCOUNT NO. **4650** <br> **Michigan Catholic Credit Union** <br> **255 East Maple Road** <br> **Troy, MI 48083** | | J | Closed account that was used for miscellaneous expenses. Collection lawsuit pending in the 41A Judicial District Court, Shelby Township, MI. | | | | **8,412.70** |
| ACCOUNT NO. <br> **The Leduc Group, PLLC** <br> **4 Parklane Boulevard, Ste. 350** <br> **Dearborn, MI 48126** | | | Assignee or other notification for: <br> **Michigan Catholic Credit Union** | | | | |
| ACCOUNT NO. **6808** <br> **Mount Clemens Regional Medical Center** <br> **P.O. Box 673532** <br> **Detroit, MI 48267-3532** | | H | Medical expenses | | X | | **203.25** |
| ACCOUNT NO. <br> **Senex Services Corp.** <br> **P.O. Box 505** <br> **Linden, MI 48451-0505** | | | Assignee or other notification for: <br> **Mount Clemens Regional Medical Center** | | | | |
| ACCOUNT NO. **5688** <br> **Nestor J. Truccone MD** <br> **43380 Woodward Ave., Ste 105** <br> **Bloomfield Hills, MI 48302** | | J | Medical expense for minor daughter | | | | **55.18** |

Sheet no. \_\_\_**6**\_\_\_ of \_\_\_**9**\_\_\_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                 Subtotal
           (Total of this page) $   **8,753.22**

               Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**
_____ Case No. _____
                      Debtor(s)                             (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **14MA**<br>**Outreach**<br>**43455 Schoenherr, Ste. 2**<br>**Sterling Heights, MI 48313** | | H | Medical expense | | | | **70.87** |
| ACCOUNT NO. **2871**<br>**Path Specialists Of SE Mich PC**<br>**P.O. Box 380890**<br>**Clinton Township, MI 48038-0073** | | H | Medical expense | | | | **320.00** |
| ACCOUNT NO. **2NNE**<br>**Premier Orthopedics & Sports Med PC**<br>**20860 Harper Ave.**<br>**Harper Woods, MI 48225** | | H | Medical expense | | | | **244.58** |
| ACCOUNT NO.<br>**Congress Collection Corp**<br>**24901 Northwestern Hwy, Ste. 300**<br>**Southfield, MI 48075** | | | Assignee or other notification for:<br>**Premier Orthopedics & Sports Med PC** | | | | |
| ACCOUNT NO. **6948**<br>**Professional Emerg Care**<br>**P.O. Box 1257**<br>**Troy, MI 48099-1257** | | H | Medical expense | | | | **20.00** |
| ACCOUNT NO. **4255**<br>**Professional Emerg Care**<br>**P.O. Box 1257**<br>**Troy, MI 48099-1257** | | H | Medical expense | | | | **280.38** |
| ACCOUNT NO. **6406**<br>**Rochester Knee & Sports Medicine PC**<br>**3100 Cross Creek Parkway, Ste. 200**<br>**Auburn Hills, MI 48326** | | H | Medical expense | | | | **120.77** |

Sheet no. **7** of **9** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,056.60**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**     Case No. _____

_____                                                      
Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3022** <br><br>**Sam's Club/GEMB**<br>**P.O. Box 530942**<br>**Atlanta, GA  30353-0942** | | H | **Open account that was used for miscellaneous purchases.** | | X | | 1,680.48 |
| ACCOUNT NO. **2254** <br><br>**Sears Credit Cards**<br>**P.O. Box 183081**<br>**Columbus, OH  43218-3081** | | H | **Closed account that was used for miscellaneous expenses** | | | | 5,895.27 |
| ACCOUNT NO. <br><br>**Midland Credit Management, Inc.**<br>**P.O. Box 60578**<br>**Los Angeles, CA  90060-0578** | | | **Assignee or other notification for:**<br>**Sears Credit Cards** | | | | |
| ACCOUNT NO. **6918** <br><br>**Shores Podiatry Assoc, PC**<br>**20905 Twelve Mile Rd., Ste. 100**<br>**Roseville, MI  48066** | | J | **Medical expense for minor daughter** | | | | 55.71 |
| ACCOUNT NO. **5846** <br><br>**St. John Hospital**<br>**3179 Solutions Center**<br>**Chicago, IL  60677-3001** | | H | **Medical expense** | | | | 223.00 |
| ACCOUNT NO. <br><br>**Medical Financial Solutions**<br>**28000 Dequindre**<br>**Warren, MI  48092** | | | **Assignee or other notification for:**<br>**St. John Hospital** | | | | |
| ACCOUNT NO. **1010** <br><br>**Todd R. Wood DDS**<br>**13552 Martin Road**<br>**Warren, MI  48088** | | H | **Medical expense** | | | | 336.60 |

Sheet no. ___**8**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   $   **8,191.06**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)   $

*© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only*

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**　　　　Case No. _____
　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **William A. Lamontagne** **22280 John Deere Ln** **Macomb, MI 48044** | | H | Material expense | | | | **2,600.00** |
| ACCOUNT NO. **2003** **William Beaumont Hospital** **500 Stevenson Highway** **Troy, MI 48007-5042** | | J | Medical expense for minor daughter | | | | **480.38** |
| ACCOUNT NO. **5368** **William Beaumont Hospital** **Business Center** **500 Stevenson Highway, P.O. Box 5042** **Troy, MI 48007-5042** | | J | Medical expense for minor daughter | | | | **603.46** |
| ACCOUNT NO. **3181** **William Beaumont Hospital** **Business Center** **500 Stevenson Highway, P.O. Box 5042** **Troy, MI 48007-5042** | | H | Medical expense | | | | **118.00** |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. ___**9**___ of ___**9**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **3,801.84**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **59,853.06**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>Lamontagne, William Scott & Lamontagne, Diane Marie</u>                    Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**                  Case No. _____
_____                    _____
                        Debtor(s)                                                    (If known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Lamontagne, William Scott & Lamontagne, Diane Marie _____ Case No. _____
                              Debtor(s)                                                              (If known)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| **Married** | RELATIONSHIP(S): | | AGE(S): |
| | **Daughter** | | **17** |
| | **Daughter** | | **15** |
| | **Son** | | **9** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Service Technician** | |
| Name of Employer | **Warren Heating & Cooling, LLC** | |
| How long employed | **1 years and 6 months** | |
| Address of Employer | **22280 John Deere Ln** | |
| | **Macomb, MI  48044** | |

**INCOME:** (Estimate of average or projected monthly income at time case filed)

| | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ 2,550.98 | $ _____ |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ 2,550.98 | $ 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and Social Security | $ 438.84 | $ _____ |
| b. Insurance | $ _____ | $ _____ |
| c. Union dues | $ _____ | $ _____ |
| d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ 438.84 | $ 0.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ 2,112.14 | $ 0.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ _____ | $ 1,150.00 |
| 8. Income from real property | $ 500.00 | $ _____ |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance | | |
| (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income | | |
| (Specify) _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ 500.00 | $ 1,150.00 |
| **15. AVERAGE MONTHLY INCOME** (Add amounts shown on lines 6 and 14) | $ 2,612.14 | $ 1,150.00 |

**16. COMBINED AVERAGE MONTHLY INCOME**: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15)                $ 3,762.14

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Debtor Wife is actively seeking employment and Debtor Husband is seeking to increase his heating & cooling business.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Lamontagne, William Scott & Lamontagne, Diane Marie**          Case No. _____
_____
Debtor(s)                                                                (If known)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,657.32 |
|    a. Are real estate taxes included?    Yes ✓  No ____ | | |
|    b. Is property insurance included?    Yes ✓  No ____ | | |
| 2. Utilities: | | |
|    a. Electricity and heating fuel | $ | 400.00 |
|    b. Water and sewer | $ | 60.00 |
|    c. Telephone | $ | |
|    d. Other  **Telephone/Cable/Internet** | $ | 175.00 |
|             **Trash Collection** | $ | 16.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 75.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 125.00 |
| 6. Laundry and dry cleaning | $ | 15.00 |
| 7. Medical and dental expenses | $ | |
| 8. Transportation (not including car payments) | $ | 325.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | |
| 10. Charitable contributions | $ | |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|    a. Homeowner's or renter's | $ | |
|    b. Life | $ | |
|    c. Health | $ | 715.00 |
|    d. Auto | $ | 175.00 |
|    e. Other  **Motorcycle Insurance** | $ | 50.00 |
| | $ | |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|    (Specify) _____ | $ | |
| | $ | |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | | |
|    a. Auto | $ | 343.10 |
|    b. Other  **Motorcycle** | $ | 229.97 |
| | $ | |
| 14. Alimony, maintenance, and support paid to others | $ | |
| 15. Payments for support of additional dependents not living at your home | $ | |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | |
| 17. Other  **Vetrinary Expenses & Food** | $ | 25.00 |
| | $ | |
| | $ | |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.          $ 5,386.39

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**Debtors intend to seek a loan modification or seek alternate housing at lower monthly cost than their current mortgage expense.**

**20. STATEMENT OF MONTHLY NET INCOME**

| | | |
|---|---|---:|
|    a. Average monthly income from Line 15 of Schedule I | $ | 3,762.14 |
|    b. Average monthly expenses from Line 18 above | $ | 5,386.39 |
|    c. Monthly net income (a. minus b.) | $ | -1,624.25 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of Michigan**

IN RE:                                                        Case No. _____

**Lamontagne, William Scott & Lamontagne, Diane Marie**      Chapter **7** _____

<div align="center">Debtor(s)</div>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 225,000.00 | | |
| B - Personal Property | Yes | 3 | $ 55,671.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | $ 311,872.33 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 362.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | $ 59,853.06 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 3,762.14 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 5,386.39 |
| TOTAL | | 24 | $ 280,671.00 | $ 372,087.39 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
# Eastern District of Michigan

**IN RE:**                                                    Case No. _____

Lamontagne, William Scott & Lamontagne, Diane Marie          Chapter **7** _____

<div align="center">Debtor(s)</div>

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | **0.00** |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | **362.00** |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | **0.00** |
| Student Loan Obligations (from Schedule F) | $ | **0.00** |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | **0.00** |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | **0.00** |
| **TOTAL** | $ | **362.00** |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | **3,762.14** |
| Average Expenses (from Schedule J, Line 18) | $ | **5,386.39** |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | **4,300.98** |

**State the following:**

| | | | | |
|---|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | | $ | **60,452.88** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | **362.00** | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | | $ | **0.00** |
| 4. Total from Schedule F | | | $ | **59,853.06** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | | $ | **120,305.94** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** Lamontagne, William Scott & Lamontagne, Diane Marie      Case No. _____
<br>_____
<br><div align="center">Debtor(s)</div>          (If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**26** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **August 3, 2010**      Signature: **/s/ William S. Lamontagne**
<br>                                  **William S. Lamontagne**          Debtor

Date: **August 3, 2010**      Signature: **/s/ Diane Marie Lamontagne**
<br>                                  **Diane Marie Lamontagne**          (Joint Debtor, if any)
<br>                                  [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
<br>Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
<br>_____
<br>Address

_____      _____
<br>Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                    _____
<br>                                    (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE:**                                                          Case No. _____

Lamontagne, William Scott & Lamontagne, Diane Marie _____          Chapter **7** _____

<div align="center">Debtor(s)</div>

<div align="center">

**BUSINESS INCOME AND EXPENSES**

</div>

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

  1.  Gross Income For 12 Months Prior to Filing:                                   $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

  2.  Gross Monthly Income:                                                          $ _____**1,150.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

  3.  Net Employee Payroll (Other Than Debtor)                                      $ _____
  4.  Payroll Taxes                                                                 $ _____
  5.  Unemployment Taxes                                                            $ _____
  6.  Worker's Compensation                                                         $ _____
  7.  Other Taxes                                                                   $ _____
  8.  Inventory Purchases (Including raw materials)                                 $ _____
  9.  Purchase of Feed/Fertilizer/Seed/Spray                                        $ _____
10.  Rent (Other than debtor's principal residence)                                   $ _____
11.  Utilities                                                                        $ _____
12.  Office Expenses and Supplies                                                      $ _____
13.  Repairs and Maintenance                                                           $ _____
14.  Vehicle Expenses                                                                  $ _____
15.  Travel and Entertainment                                                          $ _____
16.  Equipment Rental and Leases                                                       $ _____
17.  Legal/Accounting/Other Professional Fees                                          $ _____
18.  Insurance                                                                         $ _____
19.  Employee Benefits (e.g., pension, medical, etc.)                                  $ _____
20.  Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
     Business Debts (Specify):                                               $ _____

21.  Other (Specify):                                                                  $ _____

22.  Total Monthly Expenses (Add items 3-21)                                           $ _____

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

23.  **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)                      $ _____**1,150.00**

<div style="writing-mode: vertical-rl;">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

**United States Bankruptcy Court**
**Eastern District of Michigan**

IN RE:                                                           Case No. _____

**Lamontagne, William Scott & Lamontagne, Diane Marie** _____    Chapter **7** _____

Debtor(s)

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

**1. Income from employment or operation of business**

None  State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business,
☐   including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
108,987.00  2008 - IAC International Automotive Components (Husband)
14,400.00  2009 - Warren Heating & Cooling, LLC (Husband)
8,600.00  2009 - Wife's contract labor
18,782.75  2010 - Warren Heating & Cooling, LLC (Husband)
7,650.00  2010 - Wife's contract labor

**2. Income other than from employment or operation of business**

None  State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the
☐   **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT    SOURCE
1,448.00  2008 - State of Michigan, Unemployment Insurance Agency (Husband)
15,280.00  2009 - State of Michigan, Unemployment Insurance Agency (Husband)
12,823.26  2009 - Wells Fargo Retirement Account Distribution
5,500.00  2009 - Rental Income
3,500.00  2010 - Rental Income

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☐    *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Michigan Catholic Credit Union**<br>**255 East Maple Road**<br>**Troy, MI 48083** | **May, June, July, 2010 payments** | **1,719.21** | **0.00** |
| **Wells Fargo Home Mortgage**<br>**P.O. Box 6423**<br>**Carol Stream, IL 60197-6423** | **May & June, 2010 payments** | **3,314.64** | **0.00** |

None ☑    *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

   *\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑    *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Discover Bank v. William Lamontagne; US10-24703-GC** | **Collection** | **41A Judicial District Court, Shelby Township, MI** | **Pending** |
| **Michigan Catholic Credit Union v. William Lamontagne & Diane Lamontagne; US10-25268-GC** | **Collection** | **41A Judicial District Court, Shelby Township, MI** | **Pending** |

None ☑    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**5. Repossessions, foreclosures and returns**

None ☑    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Cricket Debt Counseling**<br>**10121 SE Sunnyside Rd., Ste. 300**<br>**Clackamas, OR 97015** | **7/29/10** | **36.00** |
| **Jessica M. Lane**<br>**53805 Van Dyke Ave.**<br>**Sterling Heights, MI 48314** | **7/29/10** | **1,700.00** |

---

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Wells Fargo Bank NA**<br>**Accounts Under TEFRA**<br>**733 Marquette Ave.**<br>**Minneapolis, MN 55479** | **Retirement Account** | **$12,823.26** |
| **Michigan Catholic Credit Union**<br>**255 East Maple Road**<br>**Troy, MI 48083** | **Savings & checking account** | **Closed by credit union. Zero balance.** |
| **Charter One Bank**<br>**One Citizens Plaza**<br>**Providence, RI 02903** | **Checking & Savings accounts** | **Closed by Bank. Zero balance.** |

---

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

**18. Nature, location and name of business**

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Diane Marie Lamontagne** | **xxx-xx-5828** | **16181 Mott Drive Macomb, MI 48044** | **Administrative & cleaning services** | **2009 to present** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

☑ None b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

☑ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

### 20. Inventories

☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

### 21. Current Partners, Officers, Directors and Shareholders

☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

### 22. Former partners, officers, directors and shareholders

☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

### 23. Withdrawals from a partnership or distributions by a corporation

☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

### 24. Tax Consolidation Group

☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: **August 3, 2010**          Signature  */s/ William S. Lamontagne*
                                  of Debtor                    **William S. Lamontagne**

Date: **August 3, 2010**          Signature  */s/ Diane Marie Lamontagne*
                                  of Joint Debtor              **Diane Marie Lamontagne**
                                  (if any)

**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE:**                                              Case No. _____

Lamontagne, William Scott & Lamontagne, Diane Marie                 Chapter **7** _____

Debtor(s)

## STATEMENT OF ATTORNEY FOR DEBTOR(S) PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1.  The undersigned is the attorney for the Debtor(s) in this case.

2.  The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

☑ **FLAT FEE**

   A.  For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee    **1,700.00**
   B.  Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **1,700.00**
   C.  The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **0.00**

☐ **RETAINER**

   A.  Amount of retainer received  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____
   B.  The undersigned shall bill against the retainer at an hourly rate of $ _____ . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3.  $ _____**299.00**_____ of the filing fee has been paid.

4.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

   A.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   B.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   C.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   D.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
   E.  ~~Reaffirmations;~~
   F.  ~~Redemptions;~~
   G.  ~~Other:~~

5.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6.  The source of payments to the undersigned was from:

   A.  ✓ Debtor(s)' earnings, wages, compensation for services performed
   B.  _____ Other (describe, including the identity of payor) _____

7.  The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Date: **August 3, 2010** _____                 **/s/ Jessica M. Lane**
                                                        Attorney for the Debtor(s)

Agreed: **/s/ William S. Lamontagne** _____     **/s/ Diane Marie Lamontagne** _____
Debtor                          **William S. Lamontagne**     Debtor                          **Diane Marie Lamontagne**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

**3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

### United States Bankruptcy Court
### Eastern District of Michigan

**IN RE:**                                                    Case No. _____

**Lamontagne, William Scott & Lamontagne, Diane Marie**      Chapter **7** _____
_____
Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____      Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer      petition preparer is not an individual, state
Address:                                                the Social Security number of the officer,
                                                        principal, responsible person, or partner of
_____      the bankruptcy petition preparer.)
                                                        (Required by 11 U.S.C. § 110.)
**X** _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Lamontagne, William Scott & Lamontagne, Diane Marie**      **X** */s/ William S. Lamontagne*            **8/03/2010**
_____      Signature of Debtor                          Date
Printed Name(s) of Debtor(s)

Case No. (if known) _____      **X** */s/ Diane Marie Lamontagne*            **8/03/2010**
                                                        Signature of Joint Debtor (if any)            Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B8 (Official Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of Michigan

**IN RE:**                              Case No. _____

**Lamontagne, William Scott & Lamontagne, Diane Marie** _____ Chapter **7** _____

<div align="center">Debtor(s)</div>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**HSBC Retail Services** | **Describe Property Securing Debt:**<br>**Household furniture & furnishings, no single asset exceeds** |

Property will be *(check one)*:
- ☑ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt   ☐ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>**Michigan Catholic Credit Union** | **Describe Property Securing Debt:**<br>**2003 GMC Yukon** |

Property will be *(check one)*:
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☑ Claimed as exempt   ☐ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1**___ continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date:     **August 3, 2010**        **/s/ William S. Lamontagne** _____
                                     Signature of Debtor

                                       **/s/ Diane Marie Lamontagne** _____
                                       Signature of Joint Debtor

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

## *(Continuation Sheet)*

## PART A – Continuation

Property No. 3

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Michigan Catholic Credit Union** | **2006 Harley Davison motorcycle** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☑ Claimed as exempt ☐ Not claimed as exempt

---

Property No. 4

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Washington Mutual** | **Residence located at 16181 Mott Drive, Macomb, MI 48044.** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Debtors intend to seek a loan modification.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt ☑ Not claimed as exempt

---

Property No. 5

| Creditor's Name: | Describe Property Securing Debt: |
|---|---|
| **Wells Fargo Home Mortgage** | **Residence located at 16181 Mott Drive, Macomb, MI 48044.** |

Property will be *(check one)*:
☐ Surrendered ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☐ Reaffirm the debt
☑ Other. Explain **Debtors intend to seek a loan modification.** (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt ☑ Not claimed as exempt

## PART B – Continuation

Property No.

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |
|---|---|---|

Property No.

| Lessor's Name: | Describe Leased Property: | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): ☐ Yes ☐ No |
|---|---|---|

Continuation sheet ___**1**___ of ___**1**___

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<div align="center">

**United States Bankruptcy Court**
**Eastern District of Michigan**

</div>

IN RE:                                                    Case No. _____

Lamontagne, William Scott & Lamontagne, Diane Marie       Chapter **7** _____
<div align="center">Debtor(s)</div>

<div align="center">

**VERIFICATION OF CREDITOR MATRIX**

</div>

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **August  3, 2010**          Signature: */s/ William S. Lamontagne*
                                              **William S. Lamontagne**                                    Debtor

Date: **August  3, 2010**          Signature: */s/ Diane Marie Lamontagne*
                                              **Diane Marie Lamontagne**                          Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Asset Acquisition Group, LLC
P.O. Box 370470
Denver, CO  80237-0470


Beaumont Hospital - Grosse Pointe
P.O. Box 5042
Troy, MI  48007-5042


Beaumont Hospitals
Business Center
750 Stephenson Highway, P.O. Box 5042
Troy, MI  48007-5042


Beaumont Reference Laboratory
P.O. Box 5043
Troy, MI  48007-5043


Buckles & Buckles, PLC
P.O. Box 1150
Birmingham, MI  48012


BYL Collection Services, LLC
301 Lacey Street
West Chester, PA  19382


Charter One Bank
DDA Recovery RJE245
P.O. Box 42023
Providence, RI  02940


Charter One Bank
One Citizens Plaza
Providence, RI  02903

Chrysler Financial
P.O. Box 9001921
Louisville, KY  40290-1921


Citi
P.O. Box 653095
Dallas, TX  75265


City Of Fraser
P.O. Box 2122
Riverview, MI  48193-1122


Client Financial Services
P.O. Box 7049
Flint, MI  48507-0049


Comcast
1500 Market St., Floor 33e
Philadelphia, PA  19102-4782


Complete Fitness Rehabilitation
2075 West Big Beaver, Ste. 601
Troy, MI  48084


Congress Collection Corp
24901 Northwestern Hwy, Ste. 300
Southfield, MI  48075


Credit Protection Association LP
P.O. Box 802068
Dallas, TX  75380-2068


Delta Management Associates Inc.
100 Everett Avenue, Ste. 6
P.O. Box 9191
Chelsea, MA  02150

```
Discover Card
P.O. Box 6103
Carol Stream, IL  60197-6103


Eastpointe Radiologists PC
36175 Harper Ave.
Clinton Township, MI  48035


Eastside Endoscopy Center
28963 Little Mack, #103
St. Clair Shores, MI  48081


First Federal Credit Control, Inc.
24700 Chagrin Blvd., Ste. 205
Cleveland, OH  44122-5662


Focus Receivables Management
1130 Northchase Parkway, Ste. 150
Marietta, GA  30067


GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX  77081


GI Medicine Associates PC
28963 Little Mack, #101
St. Clair Shores, MI  48081


Grosse Pointe Anesthesiologists PC
P.O. Box 77124
Detroit, MI  48277


Henry Ford Macomb Hospital
P.O. Box 223015
Pittsburgh, PA  15251-2015
```

Henry Ford Macomb Hospital
P.O. Box 674144
Detroit, MI  48267-4144


Home Depot Credit Services
Processing Center
Des Moines, IA  50364-0500


HSBC
Payment Processing Center
P.O. Box 5243
Carol Stream, IL  60197-9918


HSBC Retail Services
Art Van
P.O. Box 7680
Carol Stream, IL  60116-7680


Lakepointe Radiology PC
P.O. Box 77000, D771336
Detroit, MI  48277-1336


LG Barbe MD PC
25990 Kelly Rd., Ste. 1
Roseville, MI  48066


LTD Financial Services LP
7322 Southwest Freeway, Ste. 1600
Houston, TX  77074


Macomb Eye Care Specialists
37555 Garfield, Ste. 100
Clinton Twp., MI  48036

Macomb MRI
Kirkwood Professional Bldg.
42700 Schoenherr, Ste. 4
Sterling Heights, MI  48313


Macomb Prompt Care
Macomb Beaumont Medical Center
43455 Schoenherr Rd., Ste. 19
Sterling Heights, MI  48313


Macy's
P.O. Box 689195
Des Moines, IA  50368-9195


Medical Financial Solutions
28000 Dequindre
Warren, MI  48092


Medstar Ambulance Service
380 N. Gratiot Ave.
Clinton Township, MI  48036


Michigan Catholic Credit Union
255 East Maple Road
Troy, MI  48083


Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA  90060-0578


Mount Clemens Regional Medical Center
P.O. Box 673532
Detroit, MI  48267-3532

Nestor J. Truccone MD
43380 Woodward Ave., Ste 105
Bloomfield Hills, MI  48302


Northland Group, Inc.
P.O. Box 390846
Minneapolis, MN  55439


Outreach
43455 Schoenherr, Ste. 2
Sterling Heights, MI  48313


Path Specialists Of SE Mich PC
P.O. Box 380890
Clinton Township, MI  48038-0073


Premier Orthopedics & Sports Med PC
20860 Harper Ave.
Harper Woods, MI  48225


Professional Emerg Care
P.O. Box 1257
Troy, MI  48099-1257


Professional Recovery Services Inc.
P.O. Box 1880
Voorhees, NJ  08043


Rochester Knee & Sports Medicine PC
3100 Cross Creek Parkway, Ste. 200
Auburn Hills, MI  48326


Sam's Club/GEMB
P.O. Box 530942
Atlanta, GA  30353-0942

Sears Credit Cards
P.O. Box 183081
Columbus, OH  43218-3081


Senex Services Corp.
P.O. Box 505
Linden, MI  48451-0505


Shores Podiatry Assoc, PC
20905 Twelve Mile Rd., Ste. 100
Roseville, MI  48066


St. John Hospital
3179 Solutions Center
Chicago, IL  60677-3001


State Of Michigan
DELEG - Unemployment Agency
P.O. Box 9045
Detroit, MI  48202-9045


The Leduc Group, PLLC
4 Parklane Boulevard, Ste. 350
Dearborn, MI  48126


Todd R. Wood DDS
13552 Martin Road
Warren, MI  48088


Washington Mutual
P.O. Box 78065
Phoenix, AZ  85062-8065


Wells Fargo Home Mortgage
P.O. Box 6423
Carol Stream, IL  60197-6423

```
William A. Lamontagne
22280 John Deere Ln
Macomb, MI  48044


William Beaumont Hospital
500 Stevenson Highway
Troy, MI  48007-5042


William Beaumont Hospital
Business Center
500 Stevenson Highway, P.O. Box 5042
Troy, MI  48007-5042
```